UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:

Sue Carswell Hyder                                                              CASE NO:  13-40160

SSN# :   XXX-XX-6756        DEBTOR

## OBJECTION OF TRUSTEE TO CONFIRMATION OF PLAN; MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan of the above-referenced debtor, and moves that the court dismiss the case pursuant to 11 USC Section 1307 (c).

In support of his objection, the trustee would show as follows:

**Failure of the debtor to provide the trustee with proof of needed insurance on all properties with dwellings as listed in Schedule A of the petition.**

Wherefore, the trustee requests that the court set a hearing on his Objection and Motion, and that it grant such relief as is appropriate and just.

Dated:  June 24, 2013                                                      Steven G. Tate
                                                                                          Standing Chapter 13 Trustee
                                                                                          212 Cooper St
                                                                                          Statesville, NC  28677-5856

**\*\* NOTICE OF HEARING ON REVERSE SIDE \*\***

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:

    Sue Carswell Hyder                                                          CASE NO:  13-40160

SSN# :   XXX-XX-6756       DEBTOR

**NOTICE OF OBJECTION OF TRUSTEE TO CONFIRMATION AND MOTION TO DISMISS PLAN**

    The Chapter 13 trustee has filed papers in the bankruptcy case for the debtor to object to confirmation and to dismiss the case.

    <u>**Your rights may be affected**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

    If you do not want the court to grant the relief requested by the trustee in the objection and motion or if you want the court to consider your views on the objection and motion, you or your attorney must file with the court a written response to the objection and motion by July 15, 2013 at the following address:

        CLERK, U.S. BANKRUPTCY COURT
        401 W TRADE ST ROOM 111
        CHARLOTTE, NC  28202

    If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

    A hearing will be held on the trustee's objection and motion will be held on **July 26, 2013 at  9:30 am** at the following address:

        Cleveland County Courthouse
        Courtroom #5
        Shelby, NC  28151

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and motion and may enter an order granting that relief.

Dated:  June 24, 2013                                                                         Steven G. Tate
                                                                                             Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:  
    Sue Carswell Hyder

CASE NO: 13-40160

SSN# :   XXX-XX-6756   DEBTOR

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on June 24, 2013.

    J. Moore  
    Office of the Chapter 13 Trustee

Absolute Collection Service, 333 Fayetteville St Mall, Suite 1100, Raleigh, NC 27601  
American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838  
AT&T, PO Box 8218, Aurora, IL 60507  
BB&T, PO BOX 1626, WILSON, NC 27894-1626  
Better Business Bureau, 4200 Wilson Blvd Ste 800, Arlington, VA 22203-1838  
BRANCH BANKING AND TRUST CO, BANKRUPTCY SECTION, PO BOX 1847, WILSON, NC 27894-1847  
Cach Llc, 370 17th St Ste 5000, Denver, CO 80202-5690  
Cardservices International, 6101 Condor Rd, Moorpark, CA 93021  
CAROLINAS MEDICAL CENTER, PO BOX 32861, CHARLOTTE, NC 28232-2861  
Central Florida Bride, 55 Skyline Dr Ste 2700, Lake Mary, FL 32746  
CenturyLink fdba Embarq, PO Box 1319, Charlotte, NC 28201-1319  
Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076  
CHASE HOME FINANCE LLC, 3415 VISION DR, COLUMBUS, OH 43219-6009  
Chase Home Finance, PO Box 24696, Columbus, OH 43224-4696  
CHASE, PO BOX 15298, WILMINGTON, DE 19850-5298  
CLEVELAND REG MED CTR, 201 E GROVER ST, SHELBY, NC 28150  
Comcast, 1500 Market St FL 33E, Philadelphia, PA 19102-4782  
Directv, PO Box 78626, Phoenix, AZ 85062-8526  
Focus Magazine, 7854 La Barrington Blvd, Knoxville, TN 37849  
GE MONEY BANK, ATTN BANKRUPTCY DEPT, PO BOX 103104, ROSWELL, GA 30076  
GECRB Belk, PO Box 965028, Orlando, FL 32896-5028  
GECRB/Lowes, PO Box 965005, Orlando, FL 32896-0005  
HSBC CARD SERVICES, PO BOX 5222, CAROL STREAM, IL 60197-5222  
Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317  
Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346  
JC Penney, PO Box 965001, Orlando, FL 32896  
JP Morgan Chase Bank NA, 201 N Central Ave Floor 11, Phoenix, AZ 85004  
Koloti K Wolfgramm, 5531 Delano Lane, Orlando, FL 32821  
Lamisitoni K Wolfgramm, 4001 Orkney Ave, Orlando, FL 32809  
Lease Finance Group LLC, PO Box 7861, New York, NY 10116  
Linda G Streetman, 7512 Dr Phillips Blvd Ste 50-864, Orlando, FL 32819  
Lisa Vollmer, 814 Grovesmere Loop, Ocoee, FL 34761  
Matthew L Underwood, Brock & Scott PLLC, 5121 Parkway Plaza Drive Suite 300, Charlotte, NC 28217  
MCCARTHY BURGESS & WOLFF, 26000 CANNON RD, BEDFORD, OH 44146-1807  
Medicredit Corporation, PO Box 580381, Charlotte, NC 28258-0381  
MJ Altman Companies, PO Box 3070, Ocala, FL 34478-3070  
Nationwide Recovery Systems, PO Box 1259, Oaks, PA 19456  
NCO FINANCIAL SYSTEMS INC, 507 PRUDENTIAL RD, HORSHAM, PA 19044-2308  
Perfect Wedding Guide, PWG Publishing LLC, 55 Skyline Dr Ste 2700, Lake Mary, FL 32746  
PNC BANK, NA, 2730 LIBERTY AVENUE, PITTSBURGH, PA 15222  
PORTFOLIO RECOVERY ASSOC LLC, PO BOX 12914, NORFOLK, VA 23541-0914  
Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541  
Receivables Management Services, PO Box 5471, Mount Laurel, NJ 08054  
Regions Bank, 1900 Fifth Ave N, Birmingham, AL 35203  
Roberta Siffrar, c/o RAS Enterprises, 4807 Whistler Dr, Orlando, FL 32812  
RUTHERFORD CO TAX COLLECTOR, PO BOX 143, RUTHERFORDTON, NC 28139  
RUTHERFORD COUNTY, CLERK OF COURT, PO BOX 630, RUTHERFORDTON, NC 28139-0630

Rutherford Hospital Physician Practices, 393 Oak St Ste 200, Spindale, NC 28160-1531
Shapiro & Ingle LLP, 10130 Perimeter Pkwy Ste 400, Charlotte, NC 28216-2442
Sue Carswell Hyder, 118 Carswell Place, Bostic, NC 28018
Sumter Electric Cooperative, 330 S Hwy 301, Sumterville, FL 33585-0301
Suntrust Bank, Recovery Dept, PO Box 26150, Richmond, VA 23260-6150
Teddy & Meekins PLLC, 1219 Fallston Rd, Shelby, NC 28150
TOWN OF FOREST CITY, PO BOX 728, FOREST CITY, NC 28043-0728
Trustee Services of Carolina LLC, Brock & Scott PLLC, 5431 Oleander Dr Ste 200, Wilmington, NC 28403

Total Served:55