UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:  
    Sue Carswell Hyder

CASE NO: 13-40160

SSN# : XXX-XX-6756    DEBTOR

**MOTION OF TRUSTEE TO DISMISS CASE
OR TO MODIFY PLAN**

    The undersigned Trustee in the above-referenced Chapter 13 case hereby moves the Court to dismiss the case, or to modify the plan in such a manner as the Court deems necessary and appropriate, for the following reason(s):

    **Plan payments are currently in default.**

    A Preliminary Hearing will be held on this motion as shown on the attached Notice, at which the Trustee will recommend to the Court to grant a variety of relief options in this case, including but not limited to dismissing the case, extending or reducing the term of the plan, reducing or increasing the plan payment, reducing the percentage paid to unsecured creditors, granting a moratorium on missed payments, granting a hardship discharge, modifying the plan to the payments made so far, allowing for a fee to the debtor's attorney for representation at the hearing, or granting any other such relief which the Court determines to be necessary and appropriate.

Dated: October 17, 2013

    Steven G. Tate
    Standing Chapter 13 Trustee
    212 Cooper St
    Statesville, NC  28677-5856

**\*\* NOTICE OF HEARING ON REVERSE SIDE \*\***

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:                                                                                              CASE NO:  13-40160

  Sue Carswell Hyder

SSN# :  XXX-XX-6756         DEBTOR

### NOTICE OF MOTION OF TRUSTEE TO DISMISS CASE OR TO MODIFY PLAN

  The Chapter 13 Trustee has filed papers in the bankruptcy case for the DEBTOR named above to dismiss the case or to modify the plan.

  **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

  If you do not want the Court to grant the relief requested by the Trustee in the motion, or if you want the Court to consider your views on this motion, then you or your attorney must file with the Court a written response to the motion by November 14, 2013 at the following address:

  CLERK, U.S. BANKRUPTCY COURT
  401 W TRADE ST ROOM 111
  CHARLOTTE, NC  28202

  If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

  A Preliminary Hearing will be held on the Trustee's motion on **November 21, 2013 at 9:00 am** at the following address:

  CHAPTER 13 BANKRUPTCY OFFICE
  212 COOPER STREET
  STATESVILLE, NC  28677-5856

  **If you oppose the relief sought in the Trustee's motion, you must attend the Preliminary Hearing.** Failure to attend the Preliminary Hearing and to otherwise respond to the motion may result in the Court granting the relief sought. If a response is made and the motion is not resolved by consent at the Preliminary Hearing, a hearing before the Court will be scheduled.

Dated:  October 17, 2013

                                                                                                       Steven G. Tate
                                                                                                       Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:                                                                      CASE NO:  13-40160

    Sue Carswell Hyder

SSN# :  XXX-XX-6756          DEBTOR

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 10/24/2013.

    K. Myers
    Office of the Chapter 13 Trustee

Absolute Collection Service, 333 Fayetteville St Mall, Suite 1100, Raleigh, NC 27601
American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838
AT&T, PO Box 8218, Aurora, IL 60507
BB&T, PO BOX 1626, WILSON, NC 27894-1626
Better Business Bureau, 4200 Wilson Blvd Ste 800, Arlington, VA 22203-1838
BRANCH BANKING AND TRUST CO, BANKRUPTCY SECTION, PO BOX 1847, WILSON, NC 27894-1847
BROCK & SCOTT, 5121 PARKWAY PLAZA BLVD, CHARLOTTE, NC 28217-1965
Cach Llc, 370 17th St Ste 5000, Denver, CO 80202-5690
Cardservices International, 6101 Condor Rd, Moorpark, CA 93021
CAROLINAS MEDICAL CENTER, PO BOX 32861, CHARLOTTE, NC 28232-2861
Central Florida Bride, 55 Skyline Dr Ste 2700, Lake Mary, FL 32746
CenturyLink fdba Embarq, PO Box 1319, Charlotte, NC 28201-1319
Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076
CHASE, PO BOX 15298, WILMINGTON, DE 19850-5298
CLEVELAND REG MED CTR, 201 E GROVER ST, SHELBY, NC 28150
Comcast, 1500 Market St FL 33E, Philadelphia, PA 19102-4782
Daria Barrett Esq, Brock & Scott PLLC, 5121 Parkway Plaza Blvd Suite 300, Charlotte, NC 29217
Directv, PO Box 78626, Phoenix, AZ 85062-8526
Focus Magazine, 7854 La Barrington Blvd, Knoxville, TN 37849
GE MONEY BANK, ATTN BANKRUPTCY DEPT, PO BOX 103104, ROSWELL, GA 30076
GECRB Belk, PO Box 965028, Orlando, FL 32896-5028
GECRB/Lowes, PO Box 965005, Orlando, FL 32896-0005
HSBC CARD SERVICES, PO BOX 5222, CAROL STREAM, IL 60197-5222
Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317
Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
JC Penney, PO Box 965001, Orlando, FL 32896
JP Morgan Chase Bank NA, 201 N Central Ave Floor 11, Phoenix, AZ 85004
JPMorgan Chase Bank NA, Att Dept 0H4 7142, 3415 Vision Drive, Columbus, OH 43219
JPMorgan Chase Bank NA, Attn  Bankruptcy Dept, 700 Kansas Lane, Monroe, LA 71203
Koloti K Wolfgramm, 5531 Delano Lane, Orlando, FL 32821
Lamisitoni K Wolfgramm, 4001 Orkney Ave, Orlando, FL 32809
Lease Finance Group LLC, PO Box 7861, New York, NY 10116
Linda G Streetman, 7512 Dr Phillips Blvd Ste 50-864, Orlando, FL 32819
Lisa Vollmer, 814 Grovesmere Loop, Ocoee, FL 34761
Matthew L Underwood, Brock & Scott PLLC, 5121 Parkway Plaza Drive Suite 300, Charlotte, NC 28217
MCCARTHY BURGESS & WOLFF, 26000 CANNON RD, BEDFORD, OH 44146-1807
Medicredit Corporation, PO Box 580381, Charlotte, NC 28258-0381
MJ Altman Companies, PO Box 3070, Ocala, FL 34478-3070
Nationwide Recovery Systems, PO Box 1259, Oaks, PA 19456
NCO FINANCIAL SYSTEMS INC, 507 PRUDENTIAL RD, HORSHAM, PA 19044-2308
Perfect Wedding Guide, PWG Publishing LLC, 55 Skyline Dr Ste 2700, Lake Mary, FL 32746
PNC BANK, NA, 2730 LIBERTY AVENUE, PITTSBURGH, PA 15222

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:                                                                                                                                        CASE NO:  13-40160

Sue Carswell Hyder

SSN# :  XXX-XX-6756       DEBTOR

Pooling and Servicing Agreement Bear Stearns Asset, Backed Securities I Trust 2007-HE6, Serviced by Select Portfolio Servicing Inc, 3815 South West Temple, Salt Lake City, UT 84115
Pooling and Servicing Agreement Bear Stearns Asset, Backed Securities I Trust 2007-HE6, Serviced by Select Portfolio Servicing Inc, PO Box 65450, Salt Lake City, UT 84165
PORTFOLIO RECOVERY ASSOC LLC, PO BOX 12914, NORFOLK, VA 23541-0914
Portfolio Recovery Assocs LLC, POB 41067, Norfolk, VA 23541
PORTFOLIO RECOVERY, ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067
Receivables Management Services, PO Box 5471, Mount Laurel, NJ 08054
Regions Bank, 1900 Fifth Ave N, Birmingham, AL 35203
Roberta Siffrar, c/o RAS Enterprises, 4807 Whistler Dr, Orlando, FL 32812
RUTHERFORD CO TAX COLLECTOR, PO BOX 143, RUTHERFORDTON, NC 28139
RUTHERFORD COUNTY, CLERK OF COURT, PO BOX 630, RUTHERFORDTON, NC 28139-0630
Rutherford Hospital Physician Practices, 393 Oak St Ste 200, Spindale, NC 28160-1531
SELECT PORTFOLIO SERVICING INC, PO BOX 65450, SALT LAKE CITY, UT 84165-0450
Shapiro & Ingle LLP, 10130 Perimeter Pkwy Ste 400, Charlotte, NC 28216-2442
Sue Carswell Hyder, 118 Carswell Place, Bostic, NC 28018
Sumter Electric Cooperative, 330 S Hwy 301, Sumterville, FL 33585-0301
Suntrust Bank, Recovery Dept, PO Box 26150, Richmond, VA 23260-6150
Teddy & Meekins PLLC, 1219 Fallston Rd, Shelby, NC 28150
TOWN OF FOREST CITY, PO BOX 728, FOREST CITY, NC 28043-0728
Trustee Services of Carolina LLC, Brock & Scott PLLC, 5431 Oleander Dr Ste 200, Wilmington, NC 28403

Total Served:61