# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

In Re: Sue Carswell Hyder  
118 Carswell Place  
Bostic, NC  28018  

SSN (1): XXX-XX-6756

Case Number: 13-40160  
Judge: J. Craig Whitley  
Dated: June 13, 2014

## MOTION OF TRUSTEE FOR DETERMINATION OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

Claim information in motion is current as of June 13, 2014.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| American InfoSource LP as agent for | 46 | 18 | U-Unsecured | 80 | $80.59 | Pay by Trustee | 0001 |
| American InfoSource LP as agent for | 47 | 19 | U-Unsecured | 80 | $83.71 | Pay by Trustee | 0002 |
| AT&T | 10 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2540 |
| AT&T | 11 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3678 |
| AT&T | 12 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3739 |
| AT&T | 13 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3963 |
| Better Business Bureau | 15 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5313 |
| BRANCH BANKING AND TRUST CO | 14 | 16 | U-Unsecured | 80 | $1,338.67 | Pay by Trustee | 3593 |
| Caliber Home Loans Inc | 66 | 23 | N-Mortgage/Lease Arrea | 98 | $34,784.78 | PAY OUTSIDE | 4257 |
| Caliber Home Loans Inc | 67 | 23 | S-Secured-Pro-Rata | 50 | $350.00 | Pay by Trustee | 4257 |
| Caliber Home Loans Inc | 7 | 23 | M-Mortgage/Lease | 98 | $103,293.31 | PAY OUTSIDE | 4257 |
| Cardservices International | 16 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5889 |
| CAROLINAS MEDICAL CENTER | 17 | 17 | U-Unsecured | 80 | $6,220.64 | Pay by Trustee | 0929 |
| Central Florida Bride | 18 | | U-Unsecured | 80 | $0.00 | NOT FILED | eStr |
| CenturyLink fdba Embarq | 19 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3799 |
| CHASE | 20 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0253 |
| Chase Auto Finance | 3 | | S-Secured-Pro-Rata | 98 | $0.00 | PAY OUTSIDE | 1632 |
| CLEVELAND REG MED CTR | 21 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7508 |
| Comcast | 22 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4517 |
| Directv | 23 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| Focus Magazine | 24 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| GECRB Belk | 25 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2374 |
| GECRB/Lowes | 28 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0613 |
| Internal Revenue Service | 60 | 14 | P-Priority | 70 | $2,240.39 | Pay by Trustee | 6756 |
| Internal Revenue Service | 61 | 14 | P-Priority | 98 | $1,249.40 | PAY OUTSIDE | 6756 |

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| JC Penney | 26 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0977 |
| JC Penney | 27 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0150 |
| JP Morgan Chase Bank NA | 30 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4100 |
| JPMorgan Chase Bank NA | 65 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| Koloti K Wolfgramm | 31 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| Lamisitoni K Wolfgramm | 32 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| Lease Finance Group LLC | 33 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3993 |
| Linda G Streetman | 34 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| Lisa Vollmer | 35 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| Perfect Wedding Guide | 36 | | U-Unsecured | 80 | $0.00 | NOT FILED | eStr |
| Perfect Wedding Guide | 37 | | U-Unsecured | 80 | $0.00 | NOT FILED | eStr |
| PNC BANK, NA | 38 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0080 |
| Pooling and Servicing Agreement Bear Stearns Asset | 4 | 20 | M-Mortgage/Lease | 98 | $106,696.08 | PAY OUTSIDE | 0137 |
| Pooling and Servicing Agreement Bear Stearns Asset | 64 | 20 | N-Mortgage/Lease Arrea | 98 | $37,561.72 | PAY OUTSIDE | 0137 |
| PORTFOLIO RECOVERY | 63 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| PORTFOLIO RECOVERY ASSOC LLC | 29 | 21,22 | U-Unsecured | 80 | $3,071.69 | Pay by Trustee | 1208 |
| Regions Bank | 39 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8617 |
| Roberta Siffrar | 40 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| RUTHERFORD CO TAX COLLECTOR | 8 | 1 | P-Priority | 50 | $736.53 | STOP PAY | 1847 |
| RUTHERFORD CO TAX COLLECTOR | 48 | 2 | P-Priority | 50 | $640.68 | STOP PAY | 1847 |
| RUTHERFORD CO TAX COLLECTOR | 49 | 3 | P-Priority | 50 | $29.56 | Pay by Trustee | 7062 |
| RUTHERFORD CO TAX COLLECTOR | 50 | 4 | P-Priority | 50 | $254.21 | Pay by Trustee | 5625 |
| RUTHERFORD CO TAX COLLECTOR | 51 | 5 | P-Priority | 50 | $246.77 | Pay by Trustee | 5625 |
| RUTHERFORD CO TAX COLLECTOR | 52 | 6 | P-Priority | 50 | $69.35 | Pay by Trustee | 0875 |
| RUTHERFORD CO TAX COLLECTOR | 53 | 7 | P-Priority | 50 | $16.98 | Pay by Trustee | 0875 |
| RUTHERFORD CO TAX COLLECTOR | 54 | 8 | P-Priority | 50 | $23.94 | Pay by Trustee | 0875 |
| RUTHERFORD CO TAX COLLECTOR | 55 | 9 | P-Priority | 50 | $16.98 | Pay by Trustee | 0875 |
| RUTHERFORD CO TAX COLLECTOR | 56 | 10 | P-Priority | 50 | $66.87 | Pay by Trustee | 0875 |
| RUTHERFORD CO TAX COLLECTOR | 57 | 11 | P-Priority | 50 | $14.85 | Pay by Trustee | 0875 |
| RUTHERFORD CO TAX COLLECTOR | 58 | 12 | P-Priority | 50 | $21.02 | Pay by Trustee | 0875 |
| RUTHERFORD CO TAX COLLECTOR | 59 | 13 | P-Priority | 50 | $14.85 | Pay by Trustee | 0875 |
| Rutherford Hospital Physician Practices | 41 | | U-Unsecured | 80 | $0.00 | NOT FILED | S001 |
| S Troy Staley | 70 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 4257 |
| SELECT PORTFOLIO SERVICING INC | 5 | 24 | M-Mortgage/Lease | 30 | $148,616.04 | CONDUIT | 0137 |
| SELECT PORTFOLIO SERVICING INC | 6 | 24 | N-Mortgage/Lease Arrea | 50 | $29,404.96 | Pay by Trustee | 0137 |
| Shapiro & Ingle LLP | 62 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| Sumter Electric Cooperative | 42 | | U-Unsecured | 80 | $0.00 | NOT FILED | |

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| Suntrust Bank | 43 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1689 |
| Teddy & Meekins PLLC | 44 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| TOWN OF FOREST CITY | 45 | 15 | U-Unsecured | 80 | $341.99 | Pay by Trustee | 7303 |
| TOWN OF FOREST CITY | 9 | | P-Priority | 70 | $0.00 | NOT FILED | |
| William Shellem Gardner | 1 | | B-Base Attorney Fee(s) | 20 | $2,052.00 | $1,833.00 INSIDE / $219.00 OUTSIDE | |
| William Shellem Gardner | 2 | | B-Base Attorney Fee(s) | 50 | $1,848.00 | Pay by Trustee | |
| William Shellem Gardner | 68 | | L-Legal Fees | 50 | $200.00 | Pay by Trustee | 0/13 |
| William Shellem Gardner | 69 | | L-Legal Fees | 50 | $200.00 | Pay by Trustee | 5/14 |

    Wherefore, the trustee respectfully requests that the Court grant his motion and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: June 13, 2014                        Steven G. Tate
                                                       Standing Chapter 13 Trustee
                                                       212 Cooper St
                                                      Statesville, NC  28677-5856

CASE NO: 13-40160                                           DEBTOR: Sue Carswell Hyder

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtor's confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing by June 30, 2014 at the following address:

    CLERK, U.S. BANKRUPTCY COURT
    401 W TRADE ST ROOM 111
    CHARLOTTE, NC  28202

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Friday, July 25, 2014 at 9:30 am at the following address.

    CLEVELAND COUNTY COURTHOUSE
    COURTROOM #5
    SHELBY, NC  28151

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated: June 13, 2014                          Steven G. Tate
                                                    Standing Chapter 13 Trustee
                                                    By:  A. Owens

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

In Re: Sue Carswell Hyder  
118 Carswell Place  
Bostic, NC  28018  

SSN (1): XXX-XX-6756

Case Number: 13-40160  
Judge: J. Craig Whitley  
Dated: June 13, 2014

### CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on June 16, 2014.

A. Owens  
Office of the Chapter 13 Trustee

Absolute Collection Service, 333 Fayetteville St Mall, Suite 1100, Raleigh, NC 27601  
American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838  
AT&T, PO Box 8218, Aurora, IL 60507  
BB&T, PO BOX 1626, WILSON, NC 27894-1626  
Better Business Bureau, 4200 Wilson Blvd Ste 800, Arlington, VA 22203-1838  
BRANCH BANKING AND TRUST CO, BANKRUPTCY SECTION, PO BOX 1847, WILSON, NC 27894-1847  
BROCK & SCOTT, 5121 PARKWAY PLAZA BLVD, CHARLOTTE, NC 28217-1965  
Cach Llc, 370 17th St Ste 5000, Denver, CO 80202-5690  
Caliber Home Loans Inc, 13801 Wireless Way, Oklahoma City, OK 73134  
Caliber Home Loans Inc, Attn Accounting, PO Box 24330, Oklahoma City, OK 73124  
Cardservices International, 6101 Condor Rd, Moorpark, CA 93021  
CAROLINAS MEDICAL CENTER, PO BOX 32861, CHARLOTTE, NC 28232-2861  
Central Florida Bride, 55 Skyline Dr Ste 2700, Lake Mary, FL 32746  
CenturyLink fdba Embarq, PO Box 1319, Charlotte, NC 28201-1319  
Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076  
CHASE, PO BOX 15298, WILMINGTON, DE 19850-5298  
CLEVELAND REG MED CTR, 201 E GROVER ST, SHELBY, NC 28150  
Comcast, 1500 Market St FL 33E, Philadelphia, PA 19102-4782  
Daria Barrett Esq, Brock & Scott PLLC, 5121 Parkway Plaza Blvd Suite 300, Charlotte, NC 28217  
Directv, PO Box 78626, Phoenix, AZ 85062-8526  
Focus Magazine, 7854 La Barrington Blvd, Knoxville, TN 37849  
GE MONEY BANK, ATTN BANKRUPTCY DEPT, PO BOX 103104, ROSWELL, GA 30076  
GECRB Belk, PO Box 965028, Orlando, FL 32896-5028  
GECRB/Lowes, PO Box 965005, Orlando, FL 32896-0005  
HSBC CARD SERVICES, PO BOX 5222, CAROL STREAM, IL 60197-5222  
Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317  
Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346  
JC Penney, PO Box 965001, Orlando, FL 32896  
JP Morgan Chase Bank NA, 201 N Central Ave Floor 11, Phoenix, AZ 85004  
JPMorgan Chase Bank NA, Attn  Bankruptcy Dept, 700 Kansas Lane, Monroe, LA 71203  
Koloti K Wolfgramm, 5531 Delano Lane, Orlando, FL 32821  
Lamisitoni K Wolfgramm, 4001 Orkney Ave, Orlando, FL 32809  
Lease Finance Group LLC, PO Box 7861, New York, NY 10116  
Linda G Streetman, 7512 Dr Phillips Blvd Ste 50-864, Orlando, FL 32819  
Lisa Vollmer, 814 Grovesmere Loop, Ocoee, FL 34761  
Matthew L Underwood, Brock & Scott PLLC, 5121 Parkway Plaza Drive Suite 300, Charlotte, NC 28217  
MCCARTHY BURGESS & WOLFF, 26000 CANNON RD, BEDFORD, OH 44146-1807  
Medicredit Corporation, PO Box 580381, Charlotte, NC 28258-0381  
MJ Altman Companies, PO Box 3070, Ocala, FL 34478-3070

Nationwide Recovery Systems, PO Box 1259, Oaks, PA 19456
NCO FINANCIAL SYSTEMS INC, 507 PRUDENTIAL RD, HORSHAM, PA 19044-2308
Perfect Wedding Guide, PWG Publishing LLC, 55 Skyline Dr Ste 2700, Lake Mary, FL 32746
PNC BANK, NA, 2730 LIBERTY AVENUE, PITTSBURGH, PA 15222
Pooling and Servicing Agreement Bear Stearns Asset, Backed Securities I Trust 2007-HE6, Serviced by Select Portfolio Servicing Inc, 3815 South West Temple, Salt Lake City, UT 84115
Pooling and Servicing Agreement Bear Stearns Asset, Backed Securities I Trust 2007-HE6, Serviced by Select Portfolio Servicing Inc, PO Box 65450, Salt Lake City, UT 84165
PORTFOLIO RECOVERY ASSOC LLC, PO BOX 12914, NORFOLK, VA 23541-0914
Portfolio Recovery Assocs LLC, POB 41067, Norfolk, VA 23541
PORTFOLIO RECOVERY, ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067
Receivables Management Services, PO Box 5471, Mount Laurel, NJ 08054
Regions Bank, 1900 Fifth Ave N, Birmingham, AL 35203
Roberta Siffrar, c/o RAS Enterprises, 4807 Whistler Dr, Orlando, FL 32812
RUTHERFORD CO TAX COLLECTOR, PO BOX 143, RUTHERFORDTON, NC 28139
Rutherford Hospital Physician Practices, 393 Oak St Ste 200, Spindale, NC 28160-1531
S Troy Staley, Hutchens Law Firm, Bankruptcy Department, PO Box 2505, Fayetteville, NC 28302
SELECT PORTFOLIO SERVICING INC, 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115
SELECT PORTFOLIO SERVICING INC, PO BOX 65450, SALT LAKE CITY, UT 84165-0450
Shapiro & Ingle LLP, 10130 Perimeter Pkwy Ste 400, Charlotte, NC 28216-2442
Sue Carswell Hyder, 118 Carswell Place, Bostic, NC 28018
Sumter Electric Cooperative, 330 S Hwy 301, Sumterville, FL 33585-0301
Suntrust Bank, Recovery Dept, PO Box 26150, Richmond, VA 23260-6150
Teddy & Meekins PLLC, 1219 Fallston Rd, Shelby, NC 28150
TOWN OF FOREST CITY, PO BOX 728, FOREST CITY, NC 28043-0728
Trustee Services of Carolina LLC, Brock & Scott PLLC, 5431 Oleander Dr Ste 200, Wilmington, NC 28403

Total Served: 63