

FILED & JUDGMENT ENTERED
Steven T. Salata

Jun 02 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
J. Craig Whitley
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Shelby Division

IN RE:

Sue Carswell Hyder

SSN#: XXX-XX-6756

Chapter 13
CASE NO:   13-40160
Related Court Docket Number: 55

### ORDER

ON 05/29/2015,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:
Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

- [ X ]  Plan payments are in substantial default.
- [ X ]  Debtor can resume payments.

**IT IS, THEREFORE, ORDERED** that:

- [ X ]  Plan payments are set at **$2,582.00** per month, with the plan extended and the minimum general unsecured dividend adjusted if necessary.
- [ X ]  This case is subject to dismissal without any further notice upon default on any plan payment due over the next six (6) months.
- [ X ]  Attorney for debtor allowed presumptive, non-base fee of **$200.00**.

This Order has been signed electronically.
The Judge's signature and Court's seal
appear at the top of the Order.

_____
UNITED STATES BANKRUPTCY COURT

{:20150529155653:}